# United States District Court

_____MIDDLE_____ DISTRICT OF _____ALABAMA_____

UNITED STATES OF AMERICA

v.

OCTAVIOUS BRYANT

WARRANT FOR ARREST

CASE NUMBER: 3:06mj37-SRW

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____OCTAVIOUS BRYANT_____
                                                                    Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

☐Indictment ☐Information ☒Complaint ☐Order of court ☐Violation Notice ☐Probation Violation Petition

charging him or her with (brief description of offense)

knowingly and intentionally possess a firearm after being convicted of a felony offense,

in violation of Title __18__, United States Code, Section(s) __922(g)(1)__.

SUSAN RUSS WALKER
Name of Issuing Officer

[signature]
Signature of Issuing Officer

UNITED STATES MAGISTRATE JUDGE
Title of Issuing Officer

4/18/06 Montgomery, AL
Date and Location

(By) Deputy Clerk

Bail fixed at $_____  by  _____
                                                            Name of Judicial Officer

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ | | |
| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST | | |

AO 442 (Rev. 5/81) Warrant for Arrest