IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Case No.: 3:06mj37-SRW |
| ) | |
| OCTAVIOUS BRYANT ) | |

## NOTICE OF APPEARANCE

**COMES NOW** the undersigned counsel, Jennifer A. Hart, and enters her appearance on behalf of the Defendant, Octavius Bryant, in the above-styled case.

Dated this 21st day of April 2006.

Respectfully submitted,

s/Jennifer A. Hart
**JENNIFER A. HART**
FEDERAL DEFENDERS
MIDDLE DISTRICT OF ALABAMA
201 Monroe Street, Suite 407
Montgomery, AL 36104
Phone: (334) 834-2099
Fax: (334) 834-0353
jennifer_hart@fd.org
AL Bar Code: HAR189

**CERTIFICATE OF SERVICE**

I hereby certify that on April 21, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Terry F. Moorer, Esquire.

                    Respectfully submitted,

                    s/Jennifer A. Hart
                    **JENNIFER A. HART**
                    FEDERAL DEFENDERS
                    MIDDLE DISTRICT OF ALABAMA
                    201 Monroe Street, Suite 407
                    Montgomery, AL 36104
                    Phone: (334) 834-2099
                    Fax: (334) 834-0353
                    jennifer_hart@fd.org
                    AL Bar Code: HAR189