**COURTROOM DEPUTY'S MINUTES**                     **MIDDLE DISTRICT OF ALABAMA**

---

❏ **INITIAL APPEARANCE**                    **DATE:** April 24, 2006
❏ **BOND HEARING**
❏ **DETENTION HEARING**                     Digital Recording 4:10 - 4:16 and
√ **PRELIMINARY EXAMINATION**                                        4:40 - 4:56
❏ **REMOVAL HEARING (R.40)**
❏ **ARRAIGNMENT**

---

**PRESIDING MAG. JUDGE:** Susan Russ Walker     **DEPUTY CLERK:** Joyce Taylor
**CASE NO.** 3:06mj37-SRW                **DEFENDANT NAME:** Octavious Bryant
**AUSA:** David Cooke                    **DEFT. ATTY:** Patricia Kemp
                         **Type Counsel:** ( )Retained; ( ) CJA; ( ) Waived; (√) FPD
**USPO/USPTS:** Ron Thweatt
**Interpreter needed:** (√) NO; ( )YES   Name:

---

| | |
|---|---|
| ❏ | **Date of Arrest** or ❏ **Arrest Rule 40** |
| ❏ | **Deft First Appearance.** Advised of rights/charges. ❏ Prob/Sup Rel Violator |
| ❏ | **Financial Affidavit** executed. **ORAL MOTION** for appointment of Counsel. |
| ❏ | **ORAL ORDER** appointing Federal Public Defender - Notice of Appearance to be filed |
| ❏ | **Panel Attorney Appointed**; ❏ to be appointed - prepare voucher |
| ❏ | **Deft. Advises he will retain counsel.** Has retained _____ |
| ❏ | ❏ Government's **ORAL** Motion for Detention Hrg. ❏ to be followed by written motion; ❏ Government's **WRITTEN** Motion for Detention Hrg. filed |
| √ | **Preliminary Examination held** |
| ❏ | **ORDER OF TEMPORARY DETENTION PENDING HEARING** to be entered |
| ❏ | **ORDER OF DETENTION HEARING PENDING TRIAL** to be entered |
| ❏ | Release order entered. Deft advised of conditions of release |
| ❏ | ❏ **BOND EXECUTED (M/D AL charges)** $. Deft released |
| | ❏ **BOND EXECUTED (R. 40)** - deft to report to originating district as ordered |
| √ | **Bond not executed. Defendant to remain in Marshal's custody** |
| ❏ | **Deft. ORDERED REMOVED** to originating district |
| ❏ | **Waiver of** ❏ preliminary hearing; ❏ Waiver Rule 40 hearing |
| √ | **Court finds PROBABLE CAUSE. Defendant bound over for further proceedings** |
| ❏ | **ARRAIGNMENT** ❏HELD. Plea of NOT GUILTY entered. ❏Set for    DISCOVERY DISCLOSURE DATE: |
| ❏ | **WAIVER of Speedy Trial. CRIMINAL TERM:** |
| ❏ | **NOTICE** to retained Criminal Defense Attorney handed to counsel |

## **CONTINUATION OF PROCEEDINGS:**

| | |
|---|---|
| 4:10 p.m. | Court convenes |
| | Court's questions to Mr. Cooke as to why government was not aware of this proceeding. |
| | Mr. Cooke's statements to the court. |
| 4:12 p.m. | Ms. Kemp's oral waiver of detention hearing as detainer has been filed. |
| | Mr. Cooke's motion for continuance of preliminary examination as government's agent is not present and was not notified of proceeding. |
| | Court will issue order granting motion for continuance. |
| 4:14 p.m | Ms. Kemp's withdraws waiver of detention hearing and wants it reset with preliminary examination. |
| | Court will reset preliminary examination and detention hearing by order. |
| 4:16 p.m. | Court recessed. |
| | Court has been advised that agent has been contacted and is on his way. |
| 4:40 p.m. | Court reconvenes. |
| | Court's questions regarding detention hearing. Ms. Kemp's ORAL waiver of detention hearing. |
| | Testimony begins. |
| | Government's direct examination. (Jackson) |
| 4:46 p.m. | Ms. Kemp's cross-examination (Jackson) |
| 4:49 p.m. | Court's questions to witness (Jackson) |
| 4:54 p.m. | Government's re-direct examination (Jackson) |
| 4:55 p.m. | Ms. Kemp's re-cross examination (Jackson) |
| 4:56 p.m. | Government rests. |
| | Defendant rests. |
| 4:56 p.m. | Court finds probable cause and binds defendant over for further proceedings. |
| | Court recessed. |