IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

UNITED STATES OF AMERICA      *
                              *
VS.                           *        3:06mj37-SRW
                              *
OCTAVIOUS BRYANT              *

## WITNESS LIST

| GOVERNMENT | DEFENDANT |
|---|---|
| 1. Theron Jackson | |